IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01559-LTB-KLM

CITY OF COLORADO SPRINGS,

      Plaintiff(s),

v.

ELAINE L. CHAO, in her capacity as
Secretary of the United States Department of Labor, and
UNITED STATES DEPARTMENT OF LABOR,

      Defendant(s),

and

AMALGAMATED TRANSIT UNION LOCAL 19,

      Defendant-Intervenor.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' Stipulated Motion to Vacate Scheduling Conference and Submit Briefing Schedule [Docket No. 17; Filed November 26, 2007] ("Stipulated Motion"). The Court notes that this case was filed on July 24, 2007, and that the Order setting the scheduling conference was entered by the Court on October 4, 2007, *fifty-six (56) days* before the date and time reserved on the Court's calendar for that conference. [Docket No. 9; Filed October 4, 2007]. *Two (2) days* before the scheduled conference, the parties filed the "Stipulated Motion" seeking to vacate the conference and set a briefing schedule instead. The District Court referred the Stipulated Motion to the Magistrate Judge on November 27, 2007.

The Court is a firm believer in avoiding time wasted, whether in court or otherwise, regardless of whether it's the Court's time, the parties' time, and/or counsel's time that is saved. Thus, the Court appreciates the parties' agreement that a scheduling conference is not necessary. However, the Court would have thought it more appropriate to vacate the scheduling conference if the parties' request was made sufficiently in advance to fill the slot on the docket with another matter. Two days' notice is not sufficient to do so. Such short notice merely results in saving counsels' time at the expense of the Court's time. Moreover, the Scheduling Order explicitly provides that "absent exceptional circumstances, no request for rescheduling <u>any appearance</u> in

this court will be considered unless a motion is made FIVE (5) business days in advance of the date of appearance" (emphasis in original).

No exceptional circumstances have been presented here. The Court is fully aware that granting such out-of-time, unsubstantiated requests sets a precedent and encourages further abuses. The Court is, therefore, loathe to do so. But the Court is also a firm believer in giving fair warnings before denying noncomplying motions. <u>Counsel, consider yourselves warned</u>.

IT IS HEREBY **ORDERED** that the Stipulated Motion is **GRANTED**. The scheduling conference set for November 28, 2007 at 4:00 p.m. is **vacated.** The following deadlines, as proposed by the parties, will now apply to this case.

! Administrative record will be lodged with the Court on or before **December 7, 2007**.

! Motions concerning supplementation of the administrative record will be filed on or before **December 21, 2007**.

! Responses to motions to supplement the administrative record will be field on or before **January 4, 2008**.

! Plaintiff's Opening Brief will be filed on or before **February 11, 2008**.

! Defendants' and Intervenor's Response Brief will be filed on or before **April 7, 2008**.

! Plaintiff's Reply Brief will be filed on or before **May 22, 2008**.

Dated: November 28, 2007

 s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge