IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01559-LTB-KLM

CITY OF COLORADO SPRINGS,

    Plaintiff(s),

v.

ELAINE L. CHAO, in her capacity as
Secretary of the United States Department of Labor, and
UNITED STATES DEPARTMENT OF LABOR,

    Defendant(s),

and

AMALGAMATED TRANSIT UNION LOCAL 19,

    Defendant-Intervenor.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Court to Establish Equitable Page Limitations on Briefing [Docket No. 20; Filed December 4, 2007] (the "Motion"). Plaintiff requests that the Court establish page limitations for the briefing schedule set by this Court on November 28, 2007 at the parties' request [Docket No. 19]. Plaintiff asks the Court to require the Defendants and Defendant-Intervenor to share pages within the set limits. Plaintiff also asks the Court to clarify that the briefing schedule does not permit the parties to file "any dispositive motions or briefs, not directed in the briefing schedule, without further leave of Court."

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that Plaintiff asks the Court to set pages limits and require the Defendants and Defendant-Intervenor to share pages within the set limits, the Motion is **denied**. Judge Babcock will likely rule on the briefs filed by the parties. His practice standards do not include page limits. Therefore, the Court declines to establish page limits in this case. To the extent that Plaintiff seeks clarification of the briefing schedule, the Motion is **granted**. The parties shall adhere to the briefing schedule as set and shall not file further dispositive motions without leave of the Court.

Dated: December 11, 2007